**AEE**

**FILED**
**FEBRUARY 26, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1168**

In the Matter of                                             Case Number:

DAVID JACQUES, Plaintiff,
                v.
OFFICER ELIZA, in his individual and official capacity, CITY OF HARVEY UNKNOWN OFFICER, in his official capacities and THE CITY OF HARVEY, ILLINOIS, Defendants.

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| NAME (Type or print) |
|---|
| Elliot Richardson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ ELLIOT RICHARDSON |

| FIRM |
|---|
| Elliot Richardson & Associates, LLC. |

| STREET ADDRESS |
|---|
| 20 South Clark Street, Suite 500 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6256982 | 312-676-2100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐