**AEE**

**FILED**
**FEBRUARY 26, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of | Case Number: **08 C 1168**

DAVID JACQUES, Plaintiff,
v.
OFFICER ELIZA, in his individual and official capacity, CITY OF HARVEY UNKNOWN OFFICER, in his official capacities and THE CITY OF HARVEY, ILLINOIS, Defendants.

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| **NAME** (Type or print) <br> Rachelle Sorg | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Rachelle Sorg | |
| **FIRM** <br> Elliot Richardson & Associates, LLC. | |
| **STREET ADDRESS** <br> 20 South Clark Street, Suite 500 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6287455 | **TELEPHONE NUMBER** <br> 312-676-2100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |