IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID JACQUES,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER ELIZA et al.,<br><br>    Defendants. | No. 08-cv-1168<br><br>JUDGE HOLDERMAN |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

Please note that the new firm name, address, fax and telephone number for the Law Offices of Blake Horwitz, effective March 31, 2008, are as follows:

Horwitz, Richardson & Baker, LLC
20 S. Clark St., Suite 500
Chicago, Illinois 60603
Tel:  312-676-2100
Fax:  312-372-7076

This applies to all attorneys for the former Law Offices of Blake Horwitz, including Blake Horwitz, Amanda S. Yarusso, Erica E. Faaborg, Abbas B. Merchant, and Tali K. Albukerk.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Sean M. Baker     sbaker@erlaw.net, eadame@erlaw.net, sean-baker@sbcglobal.net

Edward Lloyd Garris     egarris@erlaw.net, mpizarro@erlaw.net

Blake Wolfe Horwitz     lobh@att.net, bwhorwitz@att.net

2

Elliot S. Richardson    erichardson@rsbmlaw.com, eadame@erlaw.net, lrader@rsbmlaw.com, npeters@rsbmlaw.com, rsorg@rsbmlaw.com

Rachelle M. Sorg    rsorg@rsbmlaw.com, eadame@erlaw.net, lrader@rsbmlaw.com, lroth@rsbmlaw.com, npeters@rsbmlaw.com

                                              s/ Blake Horwitz  
                                              Blake Horwitz  
                                              Horwitz, Richardson and Baker, LLC  
                                              20 S. Clark St., Suite 500  
                                              Chicago, Illinois 60603  
                                              Tel:  312-676-2100  
                                              Fax:  312-372-7076