**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID JACQUES, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) Case No.  08 C 1168 |
| OFFICER ELIZA, in his individual and official capacity, CITY OF HARVEY UNKNOWN OFFICER, in his individual and official capacities and THE CITY OF HARVEY, ILLINOIS, | ) ) ) ) ) ) ) |
|     Defendants. | ) |

_____

### NOTICE OF FIRM NAME CHANGE

    Please take notice that the new firm name for Elliot Richardson & Associates, LLC, has been changed to the following effective March 31, 2008:

HORWITZ, RICHARDSON & BAKER, LLC
20 S. Clark Street, Suite 500
Chicago, IL 60603
Ph:  (312) 676-2100
Fx:  (312) 372-7076

    This applies to all attorneys for Elliot Richardson & Associates, including Elliot Richardson, Sean Baker, Rachelle Sorg, and Edward Garris.

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, a copy of foregoing Notice of Firm Name Change was filed electronically.  Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Elliot Richardson
Horwitz, Richardson & Baker, LLC
20 S. Clark, Ste. 500
Chicago, IL 60603
312-676-2100
312-372-7076 (Fax)