## US DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| David Jacques, <br> v. <br> Officer Eliza, in his individual and official Capacity, City of Harvey Unknown Officer, in his Individual and official capacities and The City Of Harvey, Illinois | 08 C 1168 <br><br> Judge Holderman <br> Magistrate Judge Nolan |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Harvey

| |
|---|
| NAME (Type or Print) <br> Eydie R. Glassman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Eydie R. Glassman |
| FIRM <br> Johnson & Bell, Ltd. |
| STREET ADDRESS <br> 33 W. Monroe St., Ste 2700 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06277536 | TELEPHONE NUMBER <br> (312) 984-0271 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR? | YES ☐ | NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | | | |