## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 1168 |

David Jacques, Plaintiff,
v.
Officer Eliza, in his individual and official capacity,
City of Harvey unknown officer, in his individual and
official capacity and The City of Harvey, Defendants.

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kraig Elzia, Defendant (incorrectly named as Officer Eliza in Plaintiff's Complaint)

| | |
|---|---|
| NAME (Type or print)<br>Laura C. Liu | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Laura C. Liu | |
| FIRM<br>Hogan Marren, Ltd. | |
| STREET ADDRESS<br>180 N. Wacker Drive, Suite 600 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6208400 | TELEPHONE NUMBER<br>(312) 946-1800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☑   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |