## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 1168 |

David Jacques, Plaintiff,
v.
Officer Eliza, in his individual and official capacity,
City of Harvey unknown officer, in his individual and
official capacity and The City of Harvey, Defendants.

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kraig Elzia, Defendant (incorrectly named as Officer Eliza in Plaintiff's Complaint)

---

NAME (Type or print)
 Kelly McCloskey Cherf

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
     s/  Kelly McCloskey Cherf

FIRM
 Hogan Marren, Ltd.

STREET ADDRESS
 180 N. Wacker Drive, Suite 600

CITY/STATE/ZIP
 Chicago, Illinois 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6220391 | (312) 946-1800 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐