U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                            Case Number: 08 C 1168

David Jacques, Plaintiff,
v.
Officer Eliza, in his individual and official capacity,
City of Harvey unknown officer, in his individual and
official capacity and The City of Harvey, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kraig Elzia, Defendant (incorrectly named as Officer Eliza in Plaintiff's Complaint)

| | |
|---|---|
| NAME (Type or print) <br> J. Michael Tecson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ J. Michael Tecson | |
| FIRM <br> Hogan Marren, Ltd. | |
| STREET ADDRESS <br> 180 N. Wacker Drive, Suite 600 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6276036 | TELEPHONE NUMBER <br> (312) 946-1800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |