**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID JACQUES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   08 C 1168 |
| ) | |
| ) | <u>JURY DEMAND</u> |
| ) | |
| OFFICER ELZIA, in his individual capacity, ) | |
| CITY OF HARVEY UNKNOWN OFFICER, in ) | |
| his individual capacity; MAYOR ERIC KELLOGG, ) | |
| in his individual capacity; and THE CITY OF ) | |
| HARVEY, ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on May 16, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFFS' FIRST AMENDED COMPLAINT

to be filed electronically with the Clerk of Court through ECF.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFFS' FIRST AMENDED COMPLAINT and NOTICE OF FILING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Laura Cha-Yu Liu          lcl@hmltd.com

Eydie Rachel Glassman     glassmane@jbltd.com

| | |
|---|---|
| Joseph R. Marconi | marconij@jbltd.com |
| Kelly McCloskey Cherf | kmc@hmltd.com |
| John Michael Tecson | mt@hmltd.com |
| Blake Wolfe Horwitz | bhorwitz@hrbattorneys.com, lobh@att.net, npeters@erlaw.net, npeters@hrbattorneys.com, mpizarro@hrbattorneys.com |

Date:  May 16, 2008

Respectfully Submitted,

/s/ Rachelle M. Sorg_____
One of Plaintiff's Attorneys

HORWITZ, RICHARDSON & BAKER, LLC
20 S. Clark St., Suite 500
Chicago, IL  60603
P: (312) 676-2100
F: (312) 372-7076
ARDC No. 6287455