IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID JACQUES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 C 1168 |
| vs. | ) | |
| | ) | Hon. Judge Holderman |
| | ) | |
| OFFICER ELZIA, in his individual capacity, | ) | Magistrate Judge Nolan |
| CITY OF HARVEY UNKNOWN OFFICER, in | ) | |
| his individual capacity; MAYOR ERIC KELLOGG, | ) | |
| in his individual capacity; and THE CITY OF | ) | |
| HARVEY, ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF FILING</u>**

TO:  See attached Certificate of Service

    PLEASE TAKE NOTICE that on July 14, 2008 the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant Kraig Elzia's Answer and Affirmative Defenses to the First Amended Complaint at Law, a copy of which is served upon you herewith.

                                                   By:   s/ Laura C. Liu
                                                             One of His Attorneys

**CERTIFICATE OF SERVICE**

I, Laura C. Liu, certify that on the 14th day of July, 2008, I served a copy of the foregoing document via the CM/ECF system of the United States District Court for the Northern District of Illinois, which will send electronic notice to all counsel of record in this case:

Blake Wolfe Horwitz (bhorwitz@hrbattorneys.com)
Elliott S. Richardson (erichardson@erlaw.net)
Sean Baker (sbaker@hrbattorneys.com)
Rachelle M. Sorg (rsorg@erlaw.net)
Edward Lloyd Garris (egarris@erlaw.net)
Horwitz Richardson & Baker, LLC
20 South Clark, Suite 500
Chicago, Illinois  60603

Joseph R. Marconi (marconij@jbltd.com)
Eydie Rachel Glassman (glassmane@jbltd.com)
Johnson & Bell
33 West Monroe, Suite 2700
Chicago, Illinois 60603-5404


By:   s/ Laura C. Liu
One of Defendant Kraig Elzia's Attorneys


LAURA C. LIU
KELLY M. CHERF
J. MICHAEL TECSON
HOGAN MARREN, LTD.
180 N. Wacker Drive, Suite 600
Chicago, Illinois 60606
(312) 946-1800
ARDC # 6208400