*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION*

| | | |
|---|---|---|
| *DAVID JACQUES,* | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | *No.  08 C 1168* |
| | ) | |
| *OFFICER ELIZA, in his individual* | ) | *Judge Holderman* |
| *capacity, CITY OF HARVEY UNKNOWN* | ) | |
| *OFFICER, in his individual capacity;* | ) | *Magistrate Judge Nolan* |
| *MAYOR ERIC KELLOGG, in his* | ) | |
| *individual capacity; and THE CITY OF* | ) | |
| *HARVEY, ILLINOIS,* | ) | |
| | ) | |
| *Defendants.* | ) | |

## CERTIFICATE OF SERVICE

I hereby certified that on the 14th day of July, 2008, I electronically filed the foregoing Defendant, The City of Harvey's Answer to Plaintiff's First Amended Complaint at Law, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Blake Horwitz
Rachelle Sorg
Horwitz, Richardson & Baker, L.L.C.
20 S. Clark Street, Suite 500
Chicago, IL  60603

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  none.

/s/ Eydie R. Glassman

Joseph R. Marconi
Eydie R. Glassman
Gabriel R. Judd
JOHNSON & BELL, LTD.
33 W. Monroe, Suite 2700
Chicago, Illinois 60603
(312) 372-0770