US DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

David Jacques,
v.
Officer Eliza, in his individual capacity,
City of Harvey Unknown Officer, in his individual capacity; Mayor Eric Kellogg, in his individual capacity; and The City Of Harvey, Illinois

Case Number:

08 C 1168

Judge Holderman

Magistrate Judge Nolan

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mayor Eric Kellogg

| |
|---|
| NAME (Type or Print)<br>Joseph R. Marconi |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Joseph R. Marconi |
| FIRM<br>Johnson & Bell, Ltd. |
| STREET ADDRESS<br>33 W. Monroe St., Suite 2700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>01760173 | TELEPHONE NUMBER<br>(312) 372-0770 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |