IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID JACQUES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  08 C 1168 |
| vs. ) | |
| ) | Hon. Judge Holderman |
| ) | |
| OFFICER ELZIA, in his individual capacity, ) | Magistrate Judge Nolan |
| CITY OF HARVEY UNKNOWN OFFICER, in ) | |
| his individual capacity; MAYOR ERIC KELLOGG, ) | |
| in his individual capacity; and THE CITY OF ) | |
| HARVEY, ILLINOIS, ) | |
| ) | |
| Defendants. ) | |

## **DEFENDANT KRAIG ELZIA'S JURY DEMAND**

Defendant, Kraig Elzia, Jr., by his attorneys, Laura C. Liu, Kelly M. Cherf, and J. Michael Tecson, and pursuant to Federal Rule of Civil Procedure 38(b), hereby demands a trial by jury on all claims, affirmative defenses and issues so triable.  Defendant Elzia's Answer and Affirmative Defenses to the First Amended Complaint at Law were filed on July 14, 2008 (Docket 20).

Dated: July 17, 2008

                                                        Respectfully submitted,

                                                        Defendant Kraig Elzia, Jr.

                                                        By:    s/ Laura C. Liu
                                                                 One of His Attorneys

LAURA C. LIU
KELLY M. CHERF
J. MICHAEL TECSON
HOGAN MARREN, LTD.
180 N. Wacker Drive, Suite 600
Chicago, Illinois 60606
(312) 946-1800
ARDC # 6208400

**CERTIFICATE OF SERVICE**

      I, Laura C. Liu, certify that on the 17th day of July, 2008, I served a copy of the foregoing document via the CM/ECF system of the United States District Court for the Northern District of Illinois, which will send electronic notice to all counsel of record in this case:

Blake Wolfe Horwitz (bhorwitz@hrbattorneys.com)
Elliott S. Richardson (erichardson@erlaw.net)
Sean Baker (sbaker@hrbattorneys.com)
Rachelle M. Sorg (rsorg@erlaw.net)
Edward Lloyd Garris (egarris@erlaw.net)
Horwitz Richardson & Baker, LLC
20 South Clark, Suite 500
Chicago, Illinois  60603

Joseph R. Marconi (marconij@jbltd.com)
Eydie Rachel Glassman (glassmane@jbltd.com)
Johnson & Bell
33 West Monroe, Suite 2700
Chicago, Illinois 60603-5404


                                              By:        s/ Laura C. Liu
                                                          One of Defendant Kraig Elzia's Attorneys

LAURA C. LIU
KELLY M. CHERF
J. MICHAEL TECSON
HOGAN MARREN, LTD.
180 N. Wacker Drive, Suite 600
Chicago, Illinois 60606
(312) 946-1800
ARDC # 6208400