UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAVID JACQUES, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 1168 |
| ) | |
| OFFICER ELIZA, in his individual ) | Judge Holderman |
| capacity, CITY OF HARVEY UNKNOWN ) | |
| OFFICER, in his individual capacity; ) | Magistrate Judge Nolan |
| MAYOR ERIC KELLOGG, in his ) | |
| individual capacity; and THE CITY OF ) | |
| HARVEY, ILLINOIS, ) | |
| ) | |
|    Defendants. ) | |

## NOTICE OF MOTION

TO:  Blake Horwitz                         Laura C. Liu
     Rachelle Sorg                         J. Michael Tecson
     Horwitz, Richardson & Baker, L.L.C.   Kelly McCloskey Cherf
     20 S. Clark Street, Suite 500         Hogan Marren, Ltd.
     Chicago, IL 60603                     180 N. Wacker Drive, Suite 600
                                           Chicago, IL 60606

On **July 22, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James F. Holderman or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2541, of the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendant Mayor Eric Kellogg's Motion To Dismiss Plaintiff's First Amended Complaint At Law, a copy of which is attached and served upon you.

                                           Respectfully submitted,

                                  By: s/Eydie R. Glassman

Joseph F. Spitzzeri
Eydie R. Glassman
Johnson & Bell, Ltd.
33 E. Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DAVID JACQUES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08 C 1168 |
| | ) | |
| OFFICER ELIZA, in his individual capacity, CITY OF HARVEY UNKNOWN OFFICER, in his individual capacity; MAYOR ERIC KELLOGG, in his individual capacity; and THE CITY OF HARVEY, ILLINOIS, | ) ) ) ) ) ) | Judge Holderman

Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certified that on the 17th day of July, 2008, I electronically filed the foregoing Notice of Motion for Defendant Mayor Eric Kellogg's Motion to Dismiss Plaintiff's First Amended Complaint At Law, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Blake Horwitz
Rachelle Sorg
Horwitz, Richardson & Baker, L.L.C.
20 S. Clark Street, Suite 500
Chicago, IL  60603

Laura C. Liu
J. Michael Tecson
Kelly McCloskey Cherf
Hogan Marren, Ltd.
180 N. Wacker Drive, Suite 600
Chicago, IL  60606

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  none.

/s/ Eydie R. Glassman

Joseph R. Marconi
Eydie R. Glassman
Gabriel R. Judd
JOHNSON & BELL, LTD.
33 W. Monroe, Suite 2700
Chicago, Illinois 60603
(312) 372-0770