# US DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| David Jacques, v. Officer Eliza, in his individual capacity, City of Harvey Unknown Officer, in his individual capacity; Mayor Eric Kellogg in his individual capacity and The City Of Harvey, Illinois | 08 C 1168<br><br>Judge Holderman<br><br>Magistrate Judge Nolan |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CITY OF HARVEY and MAYOR ERIC KELLOGG**

| NAME (Type or Print) |
|---|
| Gabriel R. Judd |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Gabriel R. Judd |
| FIRM |
| Johnson & Bell, Ltd. |
| STREET ADDRESS |
| 33 W. Monroe St., Ste 2700 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6295131 | (312) 984-0207 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THE COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

FILED
JUL 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT