**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DAVID JACQUES,                                )<br>                                                         )<br>     Plaintiff,                                      )<br>                                                         )<br>vs.                                                     )<br>                                                         )<br>                                                         )<br>                                                         )<br>OFFICER ELZIA, in his individual capacity,  )<br>CITY OF HARVEY UNKNOWN OFFICER, in  )<br>his individual capacity; MAYOR ERIC KELLOGG,  )<br>in his individual capacity; and THE CITY OF  )<br>HARVEY, ILLINOIS,                           )<br>                                                         )<br>     Defendants.                                  ) | Case No.   08 C 1168<br><br>Judge Holderman<br>Magistrate Judge Nolan |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on August 5, 2008 pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFF'S RESPONSE TO DEFENDANT MAYOR KELLOGG'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

to be filed electronically with the Clerk of Court through ECF.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

PLAINTIFF'S RESPONSE TO DEFENDANT MAYOR KELLOGG'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT AND NOTICE OF FILING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

| | |
|---|---|
| Laura Cha-Yu Liu | lcl@hmltd.com |
| Eydie Rachel Glassman | glassmane@jbltd.com |
| Joseph R. Marconi | marconij@jbltd.com |
| Kelly McCloskey Cherf | kmc@hmltd.com |
| John Michael Tecson | mt@hmltd.com |
| Blake Wolfe Horwitz | bhorwitz@hrbattorneys.com, lobh@att.net, mpizarro@hrbattorneys.com |
| Rachelle Sorg | rsorg@hrbattorneys.com |

Date:  August 5, 2008

Respectfully Submitted,


/s/ Rachelle M. Sorg
One of Plaintiff's Attorneys


HORWITZ, RICHARDSON & BAKER, LLC
20 S. Clark St., Suite 500
Chicago, IL  60603
P: (312) 676-2100
F: (312) 372-7076
ARDC No. 6287455