UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID JACQUES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1168 |
| | ) | |
| OFFICER ELIZA, in his individual capacity, CITY OF HARVEY UNKNOWN OFFICER, in his individual capacity; MAYOR ERIC KELLOGG, in his individual capacity; and THE CITY OF HARVEY, ILLINOIS, | ) ) ) ) ) ) | Judge Holderman<br><br>Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certified that on the 12th day of August, 2008, I electronically filed the foregoing Defendant Mayor Eric Kellogg's Reply To Motion to Dismiss Plaintiff's First Amended Complaint Or in the Alternative for More Particular Statement, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Blake Horwitz
Rachelle Sorg
Horwitz, Richardson & Baker, L.L.C.
20 S. Clark Street, Suite 500
Chicago, IL  60603

Laura C. Liu
J. Michael Tecson
Kelly McCloskey
Hogan Marren, Ltd.
180 N. Wacker Drive, Suite 600
Chicago, IL  60606

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  none.

s/ Eydie R. Glassman

Joseph R. Marconi
Eydie R. Glassman
Gabriel R. Judd
JOHNSON & BELL, LTD.
33 W. Monroe, Suite 2700
Chicago, Illinois 60603
(312) 372-0770